1  TONY WEST
   Assistant Attorney General
2  U.S. Department of Justice
   Civil Division
3  DAVID J. KLINE
   Director
4  Office of Immigration Litigation
   District Court Section
5  SAMUEL P. GO
   Senior Litigation Counsel
6  NICOLE R. PRAIRIE (DCBN 982601)
   Trial Attorney
7
      P.O. Box 868
8     Ben Franklin Station
      Washington, DC 20044
9     Telephone: (202) 532-4074
      FAX: (202) 305-7000
10    Nicole.Prairie@usdoj.gov

11 Attorneys for Defendants

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                        SAN JOSE DIVISION

15 BHARTI KAPOOR,                    )    No. C 10-2185 JL
                                     )
16                 Plaintiff,        )
                                     )
17         v.                        )    **STIPULATION TO EXTEND;** ~~PROPOSED~~
                                     )    **ORDER**
18 UNITED STATES CITIZENSHIP AND     )
   IMMIGRATION SERVICES, et al.,     )
19                                   )
                   Defendant.        )
20 _____ )

21

22     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to the following:

24     1. Plaintiff filed this action on or about May 20, 2010.

25     2. Pursuant to this Court's May 20, 2010, ADR Scheduling Order, the parties are required to file

26 a Joint ADR Certification by August 4, 2010, file a joint case management statement on August 18,

27 2010, and attend a case management conference on August 25, 2010.

28     3. The parties have discussed this case and Defendants notified Plaintiff's counsel of their intent

1  to file a motion to dismiss for lack of subject matter jurisdiction.  Accordingly, in order to allow
2  sufficient time for this Court to address Defendants' motion to dismiss, the parties hereby respectfully
3  ask this Court to extend the dates in the Court's scheduling order until after the motion to dismiss is
4  resolved.

5  Dated: July 30, 2010                                    Respectfully submitted,

6                                                         TONY WEST
                                                          Assistant Attorney General
7                                                         U.S. Department of Justice Civil Division
                                                          DAVID J. KLINE
8                                                         Director
                                                          Office of Immigration Litigation
9                                                         District Court Section
                                                          SAMUEL P. GO
10                                                        Senior Litigation Counsel

11                                                              /s/
                                                          NICOLE R. PRAIRIE[1]
12                                                        Trial Attorney
                                                          Attorneys for Defendants

14 Dated: July 30, 2010                                         /s/
                                                          JAMES ROBERT CANFIELD
15                                                        Attorney for Plaintiff

16                              ~~PROPOS~~ED ORDER

17      Pursuant to stipulation, IT IS SO ORDERED.

18 Dated:   8-3-10

IT IS SO ORDERED
Judge James Larson

---

[1] I, Nicole R. Prairie, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION
C10-2185 JL                             2